**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 07-10887 (KG) and |
| EXAERIS, INC., et al., | ) | Case No. 07-10888 (KG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| _____ | ) | |

**WESTERNBANK PUERTO RICO'S COUNTER-DESIGNATION
OF RECORD AND COUNTER-STATEMENT OF ISSUES WITH
RESPECT TO APPELLANT DR. JACK KACHKAR'S APPEAL OF
FINAL POSTPETITION FINANCING ORDER ENTERED BY THE
BANKRUPTCY COURT ON SEPTEMBER 27, 2007 (DOCKET NO. 179)**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, Westernbank Puerto Rico ("Westernbank") submits this counter-statement of the issues on appeal and counter-designation of additional items to be included on the record on appeal in connection with the appeal filed by Jack Kachkar ("Kachkar") from an order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), dated September 7, 2007, titled "Final Order As To Debtor Inyx USA, Ltd. (Case No. 07-10888) (I) Authorizing The Use Of Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection To Westernbank Puerto Rico As The Prepetition Lender, (III) Authorizing Postpetition Financing, (IV) Granting Liens And Superpriority Administrative Expense Status Pursuant To 11 U.S.C. §§ 363 And 364, And (V) Modifying Automatic Stay Pursuant To 11 U.S.C. § 362" (the "Westernbank Financing") [Docket No. 179] (the "Order"), and respectfully submits:

**COUNTER-STATEMENT OF ISSUES ON APPEAL**

1.      Is the Kachkar appeal from the Order moot pursuant to section 364(e) of the Bankruptcy Code because (a) the loan, in the aggregate amount of $3,373,100, through the Commitment Termination Date, agreed to be made by Westernbank to the Trustee has been

made or is fully committed to be advanced to the Trustee pursuant to the Budget[1] proposed by the Trustee and made a part of the Record and (b) the Order does not prime any lien that may have previously been granted to Kachkar pursuant to the Interim Order entered in the procedurally consolidated chapter 11 cases, dated July 11, 2007?

2.      Is the Kachkar appeal from the Order's specific findings and decretal provision that the Westernbank Financing (a) was negotiated in good faith[2] and at arm's length between the Trustee and Westernbank, (b) extended in good faith, and (c) previously conceeded by Kachkar's attorney as being in good faith,[3] moot?

3.      Is the Bankruptcy Court's specific findings and decretal provision that the Westernbank Financing (a) was negotiated in good faith and at arm's length between the Trustee and Westernbank, (b) that the credit extended under the Order would be extended in good faith and for valid business purposes and uses, and (c) that Westernbank is entitled to the protections and benefits of section 364(e) of the Bankruptcy Code, clearly erroneous?

## COUNTER-DESIGNATION OF RECORD

Westernbank counter-designates the following items to be included in the record on appeal.   Each designated item includes any exhibits to such item.

| Docket No. | Description |
|:---:|:---|
| 17 | Emergency Motion Of Westernbank Puerto Rico For Adequate Protection And To Prohibit Use Of Cash Collateral, dated July 9, 2007 |

[1]  Exhibit A annexed to the Order.

[2]  Order Paragraphs G and 12(a).

[3]  Transcript of Bankruptcy Court Hearing held on August 23, 2007, page 11, lines 3-6, approving the interim Westernbank Financing that was incorporated into the Order.

| 26 | Objection By Westernbank Puerto Rico To The Debtors' Motion: (I) To Authorize Secured Postpetition Financing; (II) To Grant A Super-Priority Administrative Claim And Postpetition Liens; And (III) To Schedule A Final Hearing, dated July 10, 2007 |
|---|---|
| 46 | Order Granting Motion For Adequate Protection, dated July 12, 2007 |
| 74 | Supplemental Objection Of Westernbank Puerto Rico To Debtors' Motion For Final Approval Of Secured Postpetition Financing And Related Relief, dated July 24, 2007 |
| 240 | Transcript of Hearing held on September 7, 2007 before the Honorable Kevin Gross, docketed October 9, 2007 |

Dated: October 9, 2007
      Wilmington, Delaware

                    ___/s/ Steven K. Kortanek_____
                    Francis A. Monaco (Del. Bar No. 2078)
                    Steven K. Kortanek (Del. Bar No. 3106)
                    WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
                    222 Delaware Avenue, Suite 1501
                    Wilmington, DE 19801
                    Telephone:   (302) 252-4363
                    Facsimile:   (302) 661-7728

                    - and -

                    Harvey R. Miller
                    Shai Y. Waisman
                    WEIL, GOTSHAL & MANGES LLP
                    767 Fifth Avenue
                    New York, New York 10153
                    Telephone:   (212) 310-8000
                    Facsimile:   (212) 310-8007

                    Attorneys for Westernbank Puerto Rico