IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #** 5

IN RE: Exaeris Inc. et al

| | | |
|---|---|---|
| Dr. Jack Kachkar, | ) | |
| | ) | |
| Appellant | ) | Civil Action No.   07-621 |
| v. | ) | |
| | ) | |
| Westernbank Puerto Rico, | ) | |
| Stephen S. Gray, Chapter 11 Trustee | ) | |
| of Inyx USA Ltd. | ) | |
| Appellees | ) | Bankruptcy Case No.  07-10887 |
| | | AP 07-94 |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated 9/7/07 was docketed in the District Court on 10/11/07:

>Order(final) as to Debtor Inyx USA, LTD (I) Authorizing the use of Cash Collateral (II) Granting Adequate Protection to Westernbank Puerto Rico as the Prepetition Lender, (III) Authorizing Postpetition Financing, (IV) Granting Liens and Superpriority Administrative Expense Status and (V) Modifying Automatic Stay

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.


Peter T. Dalleo
Clerk of Court

Date: 10/11/07
To:    U.S. Bankruptcy Court
       Counsel