

Phone:   (302) 425-6410
Fax:     (302) 428-5132
Email:   Poppiti@BlankRome.com

February 5, 2008

Dr. Peter T. Dalleo, Clerk
United States District Court for the District of Delaware
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

        **Re:**    **In Re: Exaeris, Inc. et al., Chapter 11, Case No. 07-10887 (KG)**
               **Jack Kachkar v. Westernbank Puerto Rico et al., C.A. No. 07-621**

Dear Dr. Dalleo:

As the appointed mediator in the above-referenced matter, I write to advise that mediation was held on January 28, 2008 and that no resolution was reached.

                                                Yours Respectfully,

                                                Vincent J. Poppiti

VJP:mcl

cc:    Steven K. Kortanek, Esquire
        Bruce Grohsgal, Esquire
        Tobey M. Daluz, Esquire
        Ms. Elizabeth Strickler