IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| EXAERIS, INC., et al | : | Bankruptcy Co. No. 07-10887 |
| Debtor | : | |
| DR. JACK KACHKAR | : | |
| Appellant | : | |
| v. | : | Civil Action No. 07-621 GMS |
| WESTERNBANK PUERTO RICO, et al. | : | |
| Appellee | : | |

### ORDER

WHEREAS, on October 10, 2007, a Notice of Appeal of the Order of the Bankruptcy Court entered on September 7, 2007, was filed (D.I. 1);

WHEREAS, on October 18, 2007, this case was referred to the Appellate Mediation Panel, and further briefing was deferred;

WHEREAS, on February 5, 2008, a notice of Completion of Mediation was filed by Vincent J. Poppiti (D.I. 7).

IT IS HEREBY ORDERED that:

The parties submit a jointly prepared proposed briefing schedule for the Court's consideration no later than March 6, 2008.

_2/6/04_
DATE

_____
CHIEF UNITED STATES DISTRICT JUDGE

FILED
FEB - 6 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE