IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EXAERIS, INC., and<br>INYX USA, LTD.,[1]<br><br>Debtors. | Chapter 11<br><br>Bankr. Case No. 07-10887 (KG)<br>Bankr. Case No. 07-10888 (KG) |
| DR. JACK KACHKAR,<br><br>Appellant,<br><br>v.<br><br>STEPHEN S. GRAY, CHAPTER 11<br>TRUSTEE FOR INYX USA, LTD., and<br>WESTERNBANK PUERTO RICO,<br><br>Appellees. | C.A. No. 07-621 GMS |

## NOTICE OF FILING OF
## [PROPOSED] STIPULATED BRIEFING SCHEDULE

PLEASE TAKE NOTICE that, on this 25th day of February, 2008, counsel for the Appellant Dr. Jack Kachkar, hereby files, on behalf of the above-captioned parties, the attached [Proposed] Stipulated Briefing Schedule in accordance with this Court's Order of February 6, 2008 [D.I. 8].

Dated: February 25, 2008
Wilmington, Delaware

---

[1] The Exaeris, Inc. and Inyx USA, Ltd. bankruptcy cases were jointly administered at the outset of their cases at Bankruptcy Case No. 07-10887, however, on December 6, 2007, on the motion of Westernbank Puerto Rico, the Bankruptcy Court vacated the order for joint administration.

Respectfully submitted,

/s/ Leslie C. Heilman
Tobey M. Daluz, Esquire (No. 3939)
Leslie C. Heilman, Esquire (No. 4716)
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
919 N. Market Street, 12th Floor
Wilmington, DE 19801
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail: daluzt@ballardspahr.com
heilmanl@ballardspahr.com

*Attorneys for Appellant,*
*Dr. Jack Kachkar*

# EXHIBIT "A"

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EXAERIS, INC., and<br>INYX USA, LTD.,[1]<br><br>Debtors.<br><br>---<br><br>DR. JACK KACHKAR,<br><br>Appellant,<br><br>v.<br><br>STEPHEN S. GRAY, CHAPTER 11<br>TRUSTEE FOR INYX USA, LTD., and<br>WESTERNBANK PUERTO RICO,<br><br>Appellees. | Chapter 11<br><br>Bankr. Case No. 07-10887 (KG)<br>Bankr. Case No. 07-10888 (KG)<br><br><br><br><br><br>C.A. No. 07-621 GMS |

### STIPULATED BRIEFING SCHEDULE

AND NOW, this ___ day of _____, 2008, upon the agreement of the parties, and in accordance with this Court's Order of February 6, 2008, it is hereby ORDERED that the parties shall file and serve their briefs in connection with this bankruptcy appeal as follows:

      1.     Dr. Jack Kachkar ("Appellant") shall file and serve his opening brief within twenty (20) days after approval and entry of this Stipulated Briefing Schedule by the Court;

---

[1] The Exaeris, Inc. and Inyx USA, Ltd. bankruptcy cases were jointly administered at the outset of their cases at Bankruptcy Case No. 07-10887, however, on December 6, 2007, on the motion of Westernbank Puerto Rico, the Bankruptcy Court vacated the order for joint administration.

2. Appellees Westernbank Puerto Rico ("Westernbank") and Stephen S. Gray, Chapter 11 Trustee for Inyx USA, Ltd. (the "Trustee," and together with Westernbank, the "Appellees") shall file and serve their responsive briefs within twenty (20) days after filing and service of Appellant's opening brief; and

3. Appellant may file and serve a reply brief within fifteen (15) days after the filing and service of the Appellees' responsive briefs, with the computation of time beginning with the latest filed brief by the Appellees.

The computation of any time period set forth above will be computed in accordance with Rule 6 of the Federal Rules of Civil Procedure.

BY THE COURT:

_____
THE HONORABLE GREGORY M. SLEET
CHIEF UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, Leslie C. Heilman, Esquire, certify that I am over 18 years of age and that on this 25th day of February, 2008, I caused a true and correct copy of the [Proposed] Stipulated Briefing Schedule, together with the Notice of Filing, to be served on addressees on the attached service list in the manner indicated.

/s/ Leslie C. Heilman
Leslie C. Heilman, Esquire (No. 4716)

**VIA HAND DELIVERY**

Bruce Grohsgal, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801
(Counsel for Stephen S. Gray,
Chapter 11 Trustee for Inyx USA, Ltd.)

Francis A. Monaco, Esquire
Steven K. Kortanek, Esquire
Kevin J. Mangan, Esquire
Womble Carlyle Sandridge & Rich, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
(Counsel for Westernbank Puerto Rico)

**VIA FIRST CLASS MAIL**

Harvey P. Miller, Esquire
Weil, Gotshall & Manges LLP
767 Fifth Avenue
New York, NY 10153
(Counsel for Westernbank Puerto Rico)