IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EXAERIS, INC., and | ) | Case No. 07-10887 (KG) |
| INYX USA, LTD.,[1] | ) | Case No. 07-10888 (KG) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| DR. JACK KACHKAR, | ) | |
| | ) | |
| Appellant | ) | Civil Action No. 07-621 (GMS) |
| v. | ) | |
| | ) | |
| WESTERNBANK PUERTO RICO, | ) | |
| STEPHEN S. GRAY, Chapter 11 | ) | |
| Trustee of INYX USA, LTD. | ) | |
| | ) | |
| Appellees. | ) | |

**REQUEST FOR ORAL ARGUMENT OF
APPELLEE WESTERNBANK PUERTO RICO**

Appellee, Westernbank Puerto Rico ("Westernbank"), by and through its undersigned attorneys, hereby requests oral argument in connection with the above-referenced appeal. Westernbank believes oral argument will be helpful to the Court in its consideration of this matter and that oral argument is appropriate under Rule 8012 of the Federal Rules of Bankruptcy Procedure and Rule 7.1.4 of the Local Rules for the United States District Court for the District of Delaware.

---

[1] The Exaeris, Inc. and Inyx USA, Ltd. bankruptcy cases were jointly administered at the outset of their cases at Bankruptcy Case No. 07-10887. However, on December 6, 2007, the Bankruptcy Court vacated the order for joint administration.

Dated: May 2, 2008  
      Wilmington, Delaware

/s/ Francis A. Monaco  
Francis A. Monaco (Del. Bar No. 2078)  
Steven K. Kortanek (Del. Bar No. 3106)  
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC  
222 Delaware Avenue, Suite 1501  
Wilmington, DE 19801  
Telephone: (302) 252-4363  
Facsimile: (302) 661-7728

- and –

Harvey R. Miller  
Shai Y. Waisman  
WEIL, GOTSHAL & MANGES LLP  
767 Fifth Avenue  
New York, New York 10153  
Telephone: (212) 310-8000  
Facsimile: (212) 310-8007

Attorneys for Westernbank Puerto Rico

**CERTIFICATE OF SERVICE**

  I, Kathleen Lytle, certify that I am not less than 18 years of age, and that service of the foregoing document was made on May 2, 2008 upon:

Sheldon K. Rennie, Esq.
Anthony Sacullo, Esq
Fox Rothschild LLP
919 N. Market Street, Ste. 1300
Wilmington, DE 19801

Michael Menkowitz, Esq.
Fox Rothschild O'Brien & Frankel
2000 Market Street, 10th Floor
Philadelphia, PA 19103

Bruce Grohsgal, Esq.
Pachulski Stang Ziehl & Jones
919 Market Street, Ste. 1700
Wilmington, DE 19801

Christopher Ward, Esq.
Klehr Harrison Harvey Branzburg & Ellers LLP
919 Market Street, Ste. 1000
Wilmington, DE 19801

Richard L. Schepacarter
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035


Ballard Spahr Andrews & Ingersoll, LLP
Attn.: Tobey M. Daluz, Esquire
919 N. Market Street, 12th Floor
Wilmington, Delaware 19801

  Under penalty of perjury, I declare that the foregoing is true and correct.

| | |
|---|---|
| May 2, 2008 | /s/ Kathleen Lytle |
| Date | Kathleen Lytle |

Document #: 41517
WCSR  3892537v1