IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EXAERIS, INC., and | ) | Case No. 07-10887 (KG) |
| INYX USA, LTD.,[1] | ) | Case No. 07-10888 (KG) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| DR. JACK KACHKAR, | ) | |
| | ) | |
| Appellant | ) | Civil Action No. 07-621 (GMS) |
| v. | ) | |
| | ) | |
| WESTERNBANK PUERTO RICO, | ) | |
| STEPHEN S. GRAY, Chapter 11 | ) | |
| Trustee of INYX USA, LTD. | ) | |
| | ) | |
| Appellees. | ) | |

**APPLICATION FOR ORAL ARGUMENT BY APPELLEE
CHAPTER 11 TRUSTEE OF INYX USA, LTD.**

Stephen S. Gray, the Court-appointed Chapter 11 Trustee (the "**Trustee**") in the chapter 11 case of Inyx USA, Ltd. through his undersigned counsel, hereby applies for and requests oral argument under Fed.R.Bankr.P. 8012 and D.Del.LR 7.1.4[2] with respect to the captioned appeal. The Trustee respectfully submits that oral argument will help the Court in its decision on this appeal.

---

[1] The Exaeris, Inc. and Inyx USA, Ltd. bankruptcy cases were jointly administered for procedural purposes at the commencement of those cases, by order entered on July 12, 2007 (Docket No. 39 in Bankruptcy Case No. 07-10887). On December 6, 2007 (Docket No. 421 in Bankruptcy Case No. 07-10887), the Bankruptcy Court vacated the order for joint administration, and the bankruptcy cases have been separately administered since the entry of that order.

[2] To the extent applicable.

32268-001\DOCS_DE:137128.1

Dated: May 2, 2008
      Wilmington, Delaware

                            PACHULSKI STANG ZIEHL & JONES LLP

                            /s/ *signature*
                            Richard Pachulski (CA Bar No. 90073)
                            Bruce Grohsgal (Bar No. 3583)
                            919 North Market Street, 17th Floor
                            Wilmington, DE  19899-8705 (Courier 19801)
                            Telephone:  (302) 652-4100
                            Facsimile:   (302) 652-4400
                            Email:    rpachulski@pszjlaw.com
                                        bgrohsgal@pszjlaw.com

                            Counsel for the Chapter 11 Trustee

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EXAERIS, INC., and | ) | Case No. 07-10887 (KG) |
| INYX USA, LTD., | ) | Case No. 07-10888 (KG) |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |
| | ) | |
| DR. JACK KACHKAR, | ) | |
| | ) | |
| Appellant | ) | Civil Action No. 07-621 (GMS) |
| v. | ) | |
| | ) | |
| WESTERNBANK PUERTO RICO, | ) | |
| STEPHEN S. GRAY, Chapter 11 | ) | |
| Trustee of INYX USA, LTD. | ) | |
| | ) | |
| Appellees. | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I, Bruce Grohsgal, hereby certify that on the 2nd day of May, 2008 I caused a copy of the following document to be served on the individuals on the attached service list in the manner indicated:

**Application for Oral Argument by Appellee
Chapter 11 Trustee of INYX USA, Ltd.**

/s/ Bruce Grohsgal
_____
Bruce Grohsgal (Bar No. 3583)

32268-001\DOCS_DE:130225.15

**Exaeris/Inyx Brief and Addendum**
**Service List**
Case No. 07-10887 & 07-10888
Document No.136719
04 – Hand Delivery
02 – First Class Mail

**Hand Delivery**
Tobey M. Daluz, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
919 N. Market Street, 12th Floor
Wilmington, DE  19801

**Hand Delivery**
Sheldon K. Rennie, Esquire
Anthony Sacullo, Esquire
Fox Rothschild LLP
919 N. Market Street, Ste. 1300
Wilmington, DE  19801

**Hand Delivery**
Steven K. Kortanek, Esquire
Klehr Harrison Harvey Branzburg & Ellers LLP
919 Market Street, Suite 1000
Wilmington, DE  19801

**Hand Delivery**
Richard L. Schepacarter
United Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE  19899-0035

**First Class Mail**
Michael Menkowitz, Esquire
Fox Rothschild O'Brien & Frankel
2000 Market Street, 10th Floor
Philadelphia, PA  19103

**First Class Mail**
Harvey Miller, Esquire
Weil Gotshal & Manges, LLP?
767 Fifth Avenue
New York, NY  10153